1  Thomas Lloyd Smith, City Attorney (SBN314631)
   CityAttorney@ci.Antioch.ca.us
2  City of Antioch
   P.O. Box 5007
3  Antioch, CA 94531-5007
   Telephone: (925) 779-7015
4
5  Deborah J. Fox (SBN110929)
   dfox@meyersnave.com
   David Mehretu (SBN269398)
6  dmehretu@meyersnave.com
   MEYERS, NAVE, RIBACK, SILVER & WILSON
7  555 12th Street, Suite 1500
   Oakland, California 94607
8  T: (510) 808-2000
   F: (510) 444-1108
9
   Attorneys for Defendant
10 CITY OF ANTIOCH

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13 | MARK OWENS JORDAN, *PRO PER* | Case No. |
   | Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** |
   | v. | |
   | CITY OF ANTIOCH, | Contra Costa Superior Court Case C20-00976 State Action Filed June 1, 2020 |
   | Defendant. | |
   | | Trial Date:        None Set |

20        TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21        PLEASE TAKE NOTICE THAT Defendant City of Antioch ("Defendant") hereby

22 removes this action from the Superior Court of the State of California, Contra Costa County, to the

23 United States District Court for the Northern District of California. Removal is proper and based

24 upon, *inter alia*, the following grounds:

25 **REMOVAL PROCEDURE**

26        1.     On June 1, 2020, Plaintiff Mark Owens Jordan ("Plaintiff") commenced an action

27 in the Superior Court of the State of California, County of Contra Costa, entitled *Mark Owens

28 Jordan v City of Antioch*, Case No. C20-00976.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)

1      2.    On June 2, 2020, Plaintiff served Defendant with a copy of the Summons and Complaint.  Defendant received the Complaint for the first time on June 2, 2020.  A true and correct copy of the Complaint, all process, pleadings, and orders served upon Defendant, and Defendant's answer, which was filed in the Superior Court of the State of California, Contra Costa County, and served on Plaintiff prior to removal, are attached hereto as **Exhibit A**.

    3.    No other parties have been named or served as additional defendants in this action.

    4.    Defendant files this Notice of Removal within one year of the date the action was originally filed, and within 30 days of receipt of the Complaint by Defendant.  Accordingly, removal is timely pursuant to 28 U.S.C. § 1446(b).

    5.    Promptly after filing this Notice of Removal, Defendant shall give written notice of the removal to Plaintiff (the only adverse party), and will file a copy of such notice with the Clerk of the Superior Court of the State of California, Contra Costa County, as provided in 28 U.S.C. § 1446(d).

    6.    This Notice of Removal is hereby filed in accordance with 28 U.S.C. § 1446 and signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**JURISDICTION (FEDERAL QUESTION)**

    7.    This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

    8.    A district court has original jurisdiction over all civil actions "arising under" the Constitution and laws of the United States. 28 U.S.C. § 1331.

    9.    In the Complaint, Plaintiff alleges, *inter alia*, violations of Plaintiff's rights under the U.S. Constitution.  Accordingly, Plaintiff alleges causes of action that "arise under" federal law, making this a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331.  *Bank of Lake Tahoe v. Bank of Am.*, 318 F.3d 914, 917 (9th Cir. 2003), as amended on denial of reh'g and reh'g en banc (Mar. 14, 2003) (violations of rights under the U.S. Constitution are construed as "allegations under the umbrella of § 1983").  This action may, therefore, be removed to this Court pursuant to 28 U.S.C. § 1441(a).

**VENUE**

10. Removal to this specific District Court is proper, pursuant to 28 U.S.C. § 1441(a), because the Complaint was filed in Contra Costa County, California, a place embraced by this District Court.

WHEREFORE, Defendant hereby gives notice that the above-described action, pending against Defendant in the Superior Court of the State of California, Contra Costa County, is hereby removed to this court.

DATED: July 2, 2020         MEYERS, NAVE, RIBACK, SILVER & WILSON

By:   /s/ David Mehretu
DAVID MEHRETU
Attorneys for Defendant
CITY OF ANTIOCH

3546199.1