Thomas Lloyd Smith, City Attorney (SBN 314631)
CityAttorney@ci.Antioch.ca.us
City of Antioch
P.O. Box 5007
Antioch, CA 94531-5007
T: (925) 779-7015

Deborah J. Fox (SBN 110929)
dfox@meyersnave.com
David Mehretu (SBN 269398)
dmehretu@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
1999 Harrison Street, 9th Floor
Oakland, CA 94612
T: (510) 808-2000
F: (510) 444-1108

Attorneys for Defendant
CITY OF ANTIOCH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK OWENS JORDAN,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF ANTIOCH,<br><br>Defendant. | Case No. 3:20-CV-04429-EMC<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>District: Hon. Edward M. Chen<br><br>Trial Date:       None Set |

Defendant City of Antioch ("Antioch"), by and through its counsel of record, and Plaintiff Mark Owens Jordan, appearing pro se ("Plaintiff"), hereby stipulate and agree as follows:

1. This action shall be **dismissed with prejudice**.
2. Each party shall bear all their own **attorney fees, costs** and **expenses** related to this action.

[Signatures on next page]

IT IS SO STIPULATED.

DATED: August 20, 2020        MEYERS, NAVE, RIBACK, SILVER & WILSON

By:     /s/ David Mehretu
    DAVID MEHRETU
    Attorneys for Defendant
    CITY OF ANTIOCH

DATED: August 20, 2020        MARK OWENS JORDAN

By: _____
    MARK JORDAN
    Plaintiff, Pro Se

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties which is recited above, this case is hereby **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED that, pursuant to said stipulation, each party shall bear all their own attorney fees, costs and expenses related to this action.

**IT IS SO ORDERED.**

Dated: August 21, 2020

_____
The Honorable Edward M. Chen
U.S. District Court Judge

3574626.1